DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID B. ROSS,**
Appellant,

v.

**ASSOCIATES IN NEUROLOGY, INC.,** a Florida Corporation, etc., f/k/a
**UNICARE MEDICAL SERVICES, INC.,** a Florida Corporation,
**UNIVERSAL MEDICAL CONCEPTS, INC.,** a Florida Corporation, and
**LAURIE C. SANDERS,**
Appellees.

No. 4D21-984

[March 17, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. 01-8260 CACE (02).

W. Sam Holland, Miami, for appellant.

Warren Brown of the Law Offices of Warren Brown, P.A., Davie, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***